IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WALTER GREEN**
**ADC #143492**                                                                                      **PLAINTIFF**

v.                          No. 2:14-cv-44-DPM-BD

**VEREATHA SCALES, Correctional Officer,**
**East Arkansas Regional Unit and DANNY BURL,**
**Warden, East Arkansas Regional Unit**                          **DEFENDANTS**

ORDER

Unopposed recommendation, № 28, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion, № 23, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 November 2014