IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WALTER GREEN
ADC #143492                                                                PLAINTIFF

v.                         No. 2:14-cv-44-DPM

VEREATHA SCALES, Correctional Officer,
East Arkansas Regional Unit and DANNY BURL,
Warden, East Arkansas Regional Unit                      DEFENDANTS

JUDGMENT

Green's claim against Burl is dismissed without prejudice for failure to exhaust. Green's claim against Scales is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2014